UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

CASE NO.:   18-50629-LRC

DEBTOR:    SHEILA JANE DANIELS

At the hearing on Confirmation held on March 27, 2018, Trustee requested that the hearing be reset to May 8, 2018.  However, Trustee also announced an agreement that if Debtor failed to provide a copy of the most recently filed tax return and file proposed Plan amendment(s) within ten (10) days, Trustee may request dismissal by filing a Supplemental Report prior to the date of the reset hearing.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

Debtor has failed failed to provide a copy of most recently filed tax return.

Debtor has failed to file any amendments.

Please enter an Order of Dismissal.

Dated:  This the __15__ day of April, 2018.

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

```
Melissa J. Davey, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia   30303
(678) 510-1444
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SHEILA JANE DANIELS | ) ) ) | CASE NO.: 18-50629-LRC |
| DEBTOR. | ) ) | |

18-50629-LRC            **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):

    SHEILA JANE DANIELS
    2994 LONE TREE POINT
    DOUGLASVILLE, GA  30135

    DEBTOR(S) ATTORNEY:

    THE SEMRAD LAW FIRM, LLC
    STERLING POINT II
    SUITE 201
    303 PERIMETER CENTER NORTH
    ATLANTA, GA  30346

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

April 19, 2018

/s/
Mandy Campbell
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:    678-510-1450